SHAWN N. ANDERSON
United States Attorney
LAURA C. SAMBATARO
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5009
PHONE: (671) 479-4146
FAX: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 18 2019
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 19-00036 |
| Plaintiff, | **INDICTMENT** |
| vs. | **EXTORTION UNDER COLOR OF OFFICIAL RIGHT**<br>[18 U.S.C. § 1951]<br>(Counts 1 to 4) |
| | **EXTORTION UNDER COLOR OF OFFICIAL RIGHT**<br>[18 U.S.C. § 1951]<br>(Counts 5 to 6) |
| JESSE MENDIOLA BLAS, | **TRAVEL ACT BRIBERY**<br>[18 U.S.C. §§ 1952(a)(3) and (b)(2).<br>(Counts 7 to 13) |
| Defendant. | **NOTICE OF FORFEITURE**<br>[18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853, and 28 U.S.C. § 2461] |

INDICTMENT - 1

REDACTED    ORIGINAL

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this Indictment:

1. The District of Guam is a United States territory. Guam is divided into nineteen villages, each governed by an elected mayor.

2. Not all residences on Guam receive home delivery of mail from the United States Postal Service (USPS). To remedy this, the USPS purchased and installed cluster box units (CBUs) in each village to facilitate mail delivery for residences that do not have home delivery.

3. While the CBUs are maintained by the USPS, the Mayor's Offices of the respective villages are responsible for issuing the CBUs to village residents. There are no costs incurred by postal customers who wish to obtain a mail box, unless a lock is changed or a key is lost, which would incur a $50 fee payable to the USPS. Each mailbox issued is associated with a deliverable street address identifiable by the USPS.

4. The Defendant, JESSE MENDIOLA BLAS, was the elected Mayor of the Village of Yona, a village located on the southeastern side of Guam.

5. As the Mayor of Yona, the Defendant was responsible for issuing CBUs to residents of Yona who did not have access to home mail delivery. The Defendant was responsible for issuing these mail boxes to residents free of charge.

6. "Brenda" was a confidential human source posing as a drug trafficker who was interested in obtaining a mailbox from the Yona CBUs located across from the Yona Mayor's Office.

7. On the dates alleged herein, the Defendant agreed to provide, and did in fact provide, Brenda a mail box to enable drug traffickers to securely receive packages of methamphetamine through the U.S. Mail. The Defendant agreed to receive a portion of the drug proceeds as

INDICTMENT - 2

consideration for providing the mail box.

8. In exchange for money, the Defendant used his position as Mayor of Yona to provide Brenda with keys to a mail box in the Yona CBUs. Brenda's continued access to the mail box was conditioned upon her sharing her proceeds from the drug packages with the Defendant.

9. The Defendant offered to sell a second mail box in the Yona CBUs to Brenda and her purported drug trafficking co-conspirators in exchange for $15,000. The Defendant informed Brenda that he had plenty of empty boxes and could change the assigned box each week so that the drug packages coming in would not be intercepted by law enforcement.

10. When Brenda stopped making payments to the Defendant, the Defendant threatened to shut down Brenda's access to the mail box. On March 21, 2019, the Defendant told Brenda that if he did not receive $8,000 by that night, he would close the mail box the next day.

11. Counts One through Thirteen of the Indictment each re-allege and incorporate by reference the factual allegations in Paragraphs 1 through 10 of this Indictment as if fully set forth therein.

### COUNTS ONE THROUGH FOUR: EXTORTION UNDER COLOR OF OFFICIAL RIGHT

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 1 | November 21, 2018 | Brenda paid BLAS $300 and in exchange, BLAS assigned Brenda a mail box in the Yona CBUs. |
| 2 | December 11, 2018 | BLAS received $2,500 as purported proceeds from a package that came through in return for continued use of the mail box |
| 3 | December 20, 2018 | BLAS received $5,000 from Brenda in exchange for continued use of the mailbox |
| 4 | January 12, 2019 | BLAS received $4,000 from Brenda in exchange for continued use of the mailbox |

INDICTMENT - 3

12. On or about the dates listed below, in the District of Guam, the Defendant, JESSE MENDIOLA BLAS did knowingly attempt to obstruct, delay, and affect in any way and degree commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951(b)(2); that is, Defendant obtained property not due Defendant or his office, from another, with that person's consent, under color of official right, to wit:

All in violation of Title 18, United States Code, Section 1951.

## COUNTS FIVE AND SIX: EXTORTION UNDER COLOR OF OFFICIAL RIGHT

13. On or about the dates listed below, in the District of Guam, the Defendant, JESSE MENDIOLA BLAS did knowingly attempt to obstruct, delay, and affect in any way and degree commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951(b)(2); that is, Defendant attempted to obtain property not due Defendant or his office, from another, with that person's consent, under color of official right, to wit:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| 5 | January 15, 2019 | BLAS offered to sell access to another mail box to Brenda and her purported associates in exchange for $15,000. |
| 6 | March 21, 2019 | BLAS told Brenda that if he did not receive $8,000 from her that BLAS would discontinue Brenda's access to the mail box the next morning. |

All in violations of Title 18, United States Code, Section 1951.

## COUNTS SEVEN THROUGH THIRTEEN: TRAVEL ACT BRIBERY

14. From in or about November 2018, and continuing until in or about July 2019, the Defendant, JESSE MEDIOLA BLAS, engaged in an arrangement with Brenda under which

INDICTMENT - 4

BLAS would receive and agreed to receive cash bribe payments in order to perform one of his official duties as Mayor of the Village of Yona.

15. On or about the dates listed below, in the District of Guam and elsewhere, the Defendant, JESSE MENDIOLA BLAS, did knowingly and intentionally use, and cause to be used a facility in interstate commerce, as described below, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of such unlawful activity, to wit: bribery in violation of Title 9, Guam Code Annotated Section 49.30; and thereafter did perform and cause the performance and attempted performance of an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of said unlawful activity, as described below:

| COUNT | DATE | USE OF INTERSTATE FACILITY | DESCRIPTION |
| --- | --- | --- | --- |
| 7 | November 21, 2018 | Cellular telephone | Call from Brenda to BLAS |
| 8 | December 11, 2018 | Cellular telephone | Call from Brenda to BLAS |
| 9 | December 20, 2018 | Cellular telephone | Call from Brenda to BLAS |
| 10 | January 3, 2019 | Cellular telephone | Call from Brenda to BLAS |
| 11 | January 12, 2019 | Cellular telephone | Call from Brenda to BLAS |
| 12 | January 15, 2019 | Cellular telephone | Call from Brenda to BLAS |
| 13 | March 21, 2019 | Cellular telephone | Call from Brenda to BLAS |

All in violation of Title 18, United States Code, Sections 1952(a)(3) and (b)(2).

### NOTICE OF FORFEITURE

16. The allegations contained in Paragraphs 1-15 of this Indictment are hereby realleged and

INDICTMENT - 5

incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(c) and Title 28 United States Code, Section 2461.

17. Upon conviction of the offenses in violation of Title 18 United States Code, § 1951, as set forth in Counts One through Six, and §§ 1952(a)(3) and (b)(2) as set forth in Counts Seven through Thirteen of this Indictment, the defendant, JESSE MENDIOLA BLAS, shall forfeit to the United States of America any property real and personal, which constitutes and is derived from proceeds traceable to such violations. The property to be forfeited includes, but is not limited to, the following:

### MONEY JUDGMENT

A sum of money representing the amount of proceeds obtained as a result of the offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

//
//
//
//
//

INDICTMENT - 6

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED this 18 day of September, 2019.

A TRUE BILL.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _____
LAURA C. SAMBATARO
Assistant U.S. Attorney

INDICTMENT - 7