SHAWN ANDERSON
United States Attorney
LAURA C. SAMBATARO
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5009
PHONE: (671) 479-4146
FAX: (671) 472-7215
Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 24 2019
JEANNE G. QUINATA
CLERK OF COURT

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 19-00036 |
| Plaintiff, | |
| vs. | **UNITED STATES' APPLICATION TO UNSEAL THE RECORD** |
| JESSE MENDIOLA BLAS, | |
| Defendants. | ***FILED UNDER SEAL*** |

COMES NOW, the United States of America, by and through the undersigned counsel, and hereby moves this Honorable Court for an Order unsealing the record, in the above-entitled case, because defendant, JESSE MENDIOLA BLAS, was arrested and there is no further reason for this matter to remain sealed.

RESPECTFULLY SUBMITTED this 24th day of September, 2019.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _____
LAURA C. SAMBATARO
Assistant U.S. Attorney

U.S. Application to
Unseal the Record- 1