# District Court of Guam
## DIGITAL AUDIO RECORDING ORDER
(FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

Rev. 5-25-2017
Read Instructions on Page 3

| Field | Value |
|---|---|
| 1. NAME | Jasmine S. Weiss |
| 2. PHONE NUMBER | 483-1440 |
| 3. DATE | 9/26/19 |
| 4. MAILING ADDRESS | 244 Archbishop Flores Street |
| 5. CITY | Hagatna |
| 6. STATE | GU |
| 7. ZIP CODE | 96910 |
| 8. CASE NUMBER | 1:19-cr-00036-1 |
| 9. CASE NAME | Ppl vs Jesse Blas |
| 10. DATE(S) OF PROCEEDING(S) | 9-24-19 |
| 11. PRESIDING JUDICIAL OFFICIAL | Magistrate Judge Joaquin V.E. Manibusan, Jr |
| 12. CITY | Hagatna |
| 13. STATE | GU |

### 14. ORDER FOR
- ☐ APPEAL
- ■ CRIMINAL
- ☐ CRIMINAL JUSTICE ACT
- ☐ BANKRUPTCY
- ☐ NON-APPEAL
- ☐ CIVIL
- ☐ IN FORMA PAUPERIS
- ☐ OTHER (Specify)

### 15. Specify portion(s) and date(s) of proceeding(s) requested.

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ■ TESTIMONY (Specify Witness) Rafael Fernandez | 9-24-19 ✓ |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ■ PRE-TRIAL PROCEEDING (Specify) initial appearance | 9-24-19 ✓ |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**FILED**
DISTRICT COURT OF GUAM
SEP 26 2019
JEANNE G. QUINATA
CLERK OF COURT

### 16. ORDER

- ☐ FTR Gold Format. Free player software included on CD.
- ☑ Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
- ■ MP3 - This format will play using Windows Media Player ™ software, as well as other 3rd party software.
- ■ Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software.

Media: ■ CD ☐ DVD
NO. CD/DVD(s): 1
NO. COPIES: 1

CERTIFICATION (17 & 18)
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

ESTIMATE TOTAL:

17. SIGNATURE: JSW
18. DATE: 09/26/2019

| Reserved for Court Use Only: | | | | | |
|---|---|---|---|---|---|
| PROCESSED BY | *[signature]* 9/26/19 | | PHONE NUMBER | | |
| ORDER RECEIVED | DATE 9-26-19 | BY *[signature]* | DEPOSIT PAID | | |
| DEPOSIT PAID | | | TOTAL CHARGES | | |
| CD/DVD DUPLICATED | | | LESS DEPOSIT | | |
| ORDERING PARTY NOTIFIED TO PICK UP CD/DVD | 9-26-19 | *[signature]* | TOTAL REFUNDED | | |
| PARTY RECEIVED CD/DVD | 9-26-19 | *[signature]* | TOTAL DUE | | |



RECEIVED
10:20 am
SEP 26 2019

DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM



1:20 pm