# District Court of Guam
## DIGITAL AUDIO RECORDING ORDER
(FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

Rev. 5-25-2017
Read Instructions on Page 3

| # | Field | Value |
|---|---|---|
| 1 | NAME | Sabrina Matanane |
| 2 | PHONE NUMBER | 671-687-4904 |
| 3 | DATE | 9-25-19 |
| 4 | MAILING ADDRESS | 600 Harmon Loop Rd Ste. 102 |
| 5 | CITY | Dededo |
| 6 | STATE | GU |
| 7 | ZIP CODE | 96929 |
| 8 | CASE NUMBER | 19-00036 |
| 9 | CASE NAME | USA vs Jesse Mendiola Blas |
| 10 | DATE(S) OF PROCEEDING(S) | 9-24-19 ✓ |
| 11 | PRESIDING JUDICIAL OFFICIAL | Magistrate Judge Joaquin Manibusan |
| 12 | CITY | Hagatna |
| 13 | STATE | GU |

**14. ORDER FOR**

- ☐ APPEAL
- ☒ CRIMINAL
- ☐ CRIMINAL JUSTICE ACT
- ☐ BANKRUPTCY
- ☐ NON-APPEAL
- ☐ CIVIL
- ☐ IN FORMA PAUPERIS
- ☐ OTHER (Specify)

**15. Specify portion(s) and date(s) of proceeding(s) requested.**

Initial Appearance and Arraignment Hearing ✓

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Specify) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**FILED**
**DISTRICT COURT OF GUAM**
**SEP 26 2019**
**JEANNE G. QUINATA**
**CLERK OF COURT**

**16. ORDER** ✓

- ☐ FTR Gold Format. Free player software included on CD.
- ☐ Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
- ☒ MP3 - This format will play using Windows Media Player ™ software, as well as other 3rd party software.
- ☐ Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software.

| Media: | ☒ CD | ☐ DVD |
|---|---|---|
| NO. CD/DVD(s) | NO. COPIES | COSTS |
| 1 | | |

**CERTIFICATION (17 & 18)**
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

ESTIMATE TOTAL

17. SIGNATURE: [signed]
18. DATE: 9-25-19

Reserved for Court Use Only:

| | | | | | |
|---|---|---|---|---|---|
| PROCESSED BY | *[signature]* 9/26/19 | | PHONE NUMBER | | |
| ORDER RECEIVED | DATE 9/25/19 | BY *[initials]* | DEPOSIT PAID | | |
| DEPOSIT PAID | | | TOTAL CHARGES | | |
| CD/DVD DUPLICATED | | | LESS DEPOSIT | | |
| ORDERING PARTY NOTIFIED TO PICK UP CD/DVD | 9-26-19 | *[initials]* | TOTAL REFUNDED | | |
| PARTY RECEIVED CD/DVD | 9/26/19 | *[initials]* | TOTAL DUE | | |