**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Jesse Mendiola Blas*

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | Criminal Case No. 19-00036 |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S AMENDED WITNESS LIST** |
| JESSE MENDIOLA BLAS, | |
| Defendant. | |

Defendant JESSE MENDIOLA BLAS may call the following witnesses at the trial of the above-captioned action:

1. Defendant reserves the right to call any witness listed by Plaintiff.
2. William Gavras
3. Rose Renee Guerrero
4. Defendant reserves the right to testify in his own behalf.

*Dated* this 24th day of January, 2020.

CIVILLE & TANG, PLLC

By: *[signature]*
**JOSEPH C. RAZZANO**
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, JOSEPH C. RAZZANO, do hereby certify as follows:

On January 24, 2020, via the Court's CM/ECF system, I will cause to be served a true and correct copy of the **DEFENDANT'S AMENDED WITNESS LIST** upon the following:

> Laura Sambataro
> Assistant U.S. Attorney
> Office of the U.S. Attorney
> Suite 500, Sirena Plaza
> 108 Hernan Cortez Avenue
> Hagåtña, GU 96910
> *laura.sambataro@usdoj.gov*
> ***Attorneys for Plaintiff United States of America***

*Executed* January 24, 2020, at Hagåtña, Guam.

CIVILLE & TANG, PLLC

By: /s/ Joseph C. Razzano
JOSEPH C. RAZZANO
*Attorney for Defendant*