**RAZZANO WALSH & TORRES, P.C.**
SUITE 100, 139 MURRAY BLVD.
HAGÅTÑA, GUAM 96910
TELEPHONE: (671)989-3009
FACSIMILE: (671) 989-8750

*Attorneys for Defendant*
*Jesse Mendiola Blas*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE MENDIOLA BLAS,<br><br>Defendant. | Criminal Case No. 19-00036<br><br>**DEFENDANT JESSE MENDIOLA BLAS' WITNESS LIST** |

Defendant JESSE MENDIOLA BLAS may call the following witness at the trial of the above-captioned action:

1. Brenda Kinian
2. Cullen Blas
3. Defendant reserves the right to testify in his own behalf.

DATED at Hagåtña, Guam, on January 5, 2021.

**RAZZANO WALSH & TORRES, P.C.**

By: /s/ Joseph C. Razzano
JOSEPH C. RAZZANO
*Attorney for Defendant,*
*Jesse Mendiola Blas*

Page 1 of 2

## CERTIFICATE OF SERVICE

I, JOSEPH C. RAZZANO, do hereby certify as follows:

On January 5, 2021 via the Court's CM/ECF system, I caused to be served a true and correct copy of the **DEFENDANT JESSE MENDIOLA BLAS' WITNESS LIST** upon the following:

>Laura Sambataro
>Assistant U.S. Attorney
>Office of the U.S. Attorney
>Suite 500, Sirena Plaza
>108 Hernan Cortez Avenue
>Hagåtña, GU 96910
>*laura.sambataro@usdoj.gov*
>***Attorneys for Plaintiff United States of America***

*Executed* January 5, 2021 at Hagåtña, Guam.

**RAZZANO WALSH & TORRES, P.C.**

By: /s/ Joseph C. Razzano
JOSEPH C. RAZZANO
*Attorney for Defendant,*
*Jesse Mendiola Blas*