**RAZZANO WALSH & TORRES, P.C.**
SUITE 100, 139 MURRAY BLVD.
HAGÅTÑA, GUAM 96910
TELEPHONE: (671)989-3009
FACSIMILE: (671) 989-8750

*Attorneys for Defendant*
*Jesse Mendiola Blas*

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE MENDIOLA BLAS,<br><br>Defendant. | Criminal Case No. 19-00036<br><br>**DECLARATION OF JOSEPH C. RAZZANO IN SUPPORT OF SENTENCING** |

I, **JOSEPH C. RAZZANO**, hereby declare under penalty of perjury as follows:

1. I am over the age of 21 and competent to make this Declaration.

2. I am the attorney of record for Defendant Jesse Mendiola Blas in the above captioned and titled cause and all the statements set forth herein are true and correct and are based on my personal knowledge.

3. Attached as **Exhibit "A"** is a true and correct copy of 1 letter from a family member written on behalf of Mr. Blas for use at sentencing.

***Executed*** this 6th day of January 2021, at Hagåtña, Guam.

RAZZANO WALSH & TORRES, P.C.

By: _____
JOSEPH C. RAZZANO

## CERTIFICATE OF SERVICE

I, JOSEPH C. RAZZANO, do hereby certify that on the 6th day of January 2021, I will cause to be served, a true and correct copy of the **DECLARATION OF JOSEPH C. RAZZANO IN SUPPORT OF SENTENCING** on the following Counsel of record via electronic service through the Court's CM/ECF System:

>Laura Sambataro
>Assistant US Attorney
>Suite 500, Sirena Plaza
>108 Hernan Cortez Avenue
>Hagåtña, Guam 96910
>*Attorneys for United States of America*

*Executed* this 6th day of January 2021, at Hagåtña, Guam

By: /s/ Joseph C. Razzano
JOSEPH C. RAZZANO

# EXHIBIT A

Jude M. Santos
3E Govenors Gardens
Hagatña, GU 96932

The Honorable Judge Francis Tydingco-Gatewood
US Courthouse 520 W Soledad Ave
Hagatna, GU 96910

I am writing this letter to respectfully ask for your leniency when my father, Jesse Mendiola Blas, comes before the court for sentencing.

Words will never express what I personally feel when I hear the name Jesse Mendiola Blas, but in this letter, there are three words I will use—genuine, humble, and loving.

Our relationship has not always been what it is now. The ideal father-son bond is something we never had. When I was growing up, it was always just my mom and me. She was my mom and she was my dad. I can honestly say it was me who took a big part in allowing her to play both roles. She always asked me if I wanted to go hangout with my dad and all the way until the age of fourteen, I did not want to. It was not until my mom and siblings sat me down to tell me I should give him a chance. When I look back today, it is one of the greatest decisions I will have ever made. This is why I say my dad is genuine. When you see someone you have dreamt of having as an idol as a kid you focus on the little things and focus more on observing the person. From the moment I decided to give my dad a chance, everything has always been so meaningful. From our conversations, to us hanging out, to building that father-son bond, to always finding a way to help even if it was his last penny, he would put all of his needs aside just to answer my call or even just to play the recording of me singing every single morning. He would drop anything and everything to help his kids, whether it be getting us lunch and dropping it to school, helping us get uniforms and shoes for school, or helping with anything he can. If he couldn't do it personally, he would suck up his pride and ask someone who can. This is why he is the most genuine person who would let the whole world know- not by bragging, but just by lending a hand or two.

My dad is very humble. Being humble can be defined in various ways, but to me it means someone who genuinely loves another person, makes life the happiest no matter the circumstances, and lastly does great things out of the goodness of their hearts not expecting anything in return. And that is my father.

It was not until my dad started campaigning that I realized he was such a humble man. When you think campaigning, you immediately think politics and many times, politics really gets the best of people. But not my dad. No matter what his opponents said about him, he always smiled and was focused on making Yoña a beautiful place and absolutely nothing could change that. No matter how busy he got, he always had time for his family—his children.

And that's what makes him so loving. I have never seen a father love being a father until I met my own. And yes, I know it wasn't until later that I got to see that, but just looking at what a great job he did raising my four other siblings and how much he does to let me know that he cares about me and all that I do...it is how I pray to grow as a father someday. He loves nothing more than going to brunch on Sundays or getting together as much as we can as a family. Even with his time in prison, he still calls all of us every single day when the phones are working to ask us about our days and to tell us he loves us.

I thank you for allowing me to write this letter and I ask kindly to grant leniency to my dad. He is a genuine, humble, and loving man.

Respectfully,

Jude M. Santos