**DISTRICT COURT OF GUAM**
**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagatna, Guam 96910**
**671-969-4500**

| | | |
|---|---|---|
| USA, | ) | CASE NO. 1:19-cr-00036-001 |
|       Plaintiff, | ) | |
|   vs. | ) | **NOTICE OF RECEIPT** |
| | ) | **OF LETTER** |
| **Jesse Mendiola Blas**, | ) | |
|       Defendant, | ) | |

In the interest of full and complete disclosure, the Court hereby advises the parties that it received the attached letter from Joaquin Leon Guerrero.

Dated:   January 6, 2021 .

                           JEANNE G. QUINATA, Clerk of Court

                           By:        /s/
                                  Carmen B. Santos, Deputy Clerk

2021, 01-06,

**Open Letter to Judge Francis Tydingco-Gatewood**

**RE: Jesse Blas Sentencing – CR 19-0036 Leniency Sends the Wrong Message**

Coming before you soon for sentencing after pleading guilty to *various crimes* will be former Yona Mayor Jesse Blas, and I read with dismay that several government officials have submitted letters recommending "leniency" at his sentencing.

Our island is in the midst of a drug abuse epidemic that is destroying thousands of families every year. Leniency is sentencing Mr. Blas sends the wrong message to the community in light of the growing numbers of government employees and officials getting involved, and caught trafficking drugs.

As a former police officer and court marshal, Mr. Blas clearly had knowledge on how is actions would damage or destroy many families of our island; and chose to ignore the destruction for money. When public officials plead for leniency for people involved in the trafficking problems plaguing our island, they are sending the wrong message to those tempted to get involved for the "easy money" aspect of dealing drugs followed by Mr. Blas; telling them that being a corrupt public official or public employee okay as long as you don't get caught.

Over the years we have watched the drug epidemic and its casualties escalate, and people like Mr. Blas are using their positions of public trust, power, and authority to drive it, operate it, and protect it, to the detriment of the people. Instead of pleading for leniency those public officials and employees found guilty of participating in the drug trade, those public officials and employees should be demanding the maximum penalty allowed by law, as the actions of the few "bad apples" break the trust of the people in the government, public officials, and public employees.

I don't like to think bad of people who have chosen a career in public service; in light of the number of government official s standing up for him before your courtroom; I now find myself wondering how many other government officials

are involved in the drug trade and hoping that leniency for Mr. Blas could be applied as precedent should they themselves get caught.

The time has come for the judicial system to stand up for the people of this island along the lines of justice for the many out way the needs for mercy by the few. A *maximum sentence* sends a clear message that certain behaviors by people placed in public positions of trust will not be tolerated, excused, or ignored. That only happens with those public officials are held accountable sentenced to the *maximum* extent of the law – not the minimal extent of the law.

There is no doubt in my mind that had Mr. Blas not been caught his actions participant in and enabling the drug trade would have destroyed many more families. As a citizen of this island; and am asking that justice for all families permanently damaged or destroyed by drug trafficking, be given priority over the inconvenience the temporary incarceration will inflict on Mr. Blas for getting caught.

Ken Leon-Guerrero
Santa Rita Resident

To Judge Colloway
CR-19-0036

From:
Joaquin Leon-Guerrero
PO Box 1741
Hagatna, GU 96932



RECEIVED

JAN 06 2021

DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM