THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESSE MENDIOLA BLAS, <br><br> Defendant. | CRIMINAL CASE NO. 19-00036 <br><br> **ORDER GRANTING MOTION FOR ORDER OF FORFEITURE (MONEY JUDGMENT)** |

WHEREAS, on January 14, 2021, this Court, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure determined that the Defendant, JESSE MENDIOLA BLAS, obtained $11,700.00 in proceeds from the offense alleged in Count 1 of the Indictment, for which the Defendant has been convicted; and

WHEREAS, the United States has filed a Motion for Order of Forfeiture (Money Judgment) which would consist of a personal money judgment against the Defendant in the amount of $11,700.00; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;" and

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Defendant shall forfeit to the United States the sum of $11,700.00 pursuant to Title 18 United States Code, Sections 981(a)(1)(c) and 28 U.S.C. § 2461.

**IT IS FURTHER ORDERED** that the United States District Court shall retain

jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that pursuant to Rule 32.2(b)(4), this Order of Forfeiture is final, and shall be made part of the sentence and included in the judgment; and

**IT IS FURTHER ORDERED** that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $11,700.00 to satisfy the money judgment in whole or in part; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office, Districts of Guam and the Northern Mariana Islands, Attention: Assistant U.S. Attorney Laura C. Sambataro.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jan 22, 2021**